

**FILED**

JUL 2 3 2018

Clerk, U.S. District Court
District Of Montana
Missoula

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 08–41–M–DWM<br>CR 10–01–M–DWM–01 |
| Plaintiff, | |
| vs. | |
| | ORDER |
| WILLIAM DALE NEWHOFF, | |
| Defendant. | |

The United States Probation Office having received a request from newly-appointed counsel of record, Eric Henkel, for a copy of the final presentence reports in the above-captioned cases,

IT IS ORDERED that the United States Probation Office may release a copy of the defendant's presentence investigation reports to Mr. Henkel.

DATED this _____ day of July, 2018.

Donald W. Molloy, District Judge
United States District Court